## 19038. WHITEHEAD et al. v. THE STATE.

BROYLES, C. J. Where two defendants, after being separately indicted, are by consent tried together, and separate verdicts of guilty are returned, and separate motions for new trials are filed, and the court passes separate written orders overruling the motions, the defendants can not bring their cases to this court in one bill of exceptions. *Washington* v. *State*, 32 *Ga. App.* 72 (122 S. E. 629); *Wall* v. *Mann*, 163 *Ga.* 42 (135 S. E. 407). "For want of jurisdiction in such a case, this court can not entertain a motion made by one of the plaintiffs in error that his name be stricken from the bill of exceptions and that the case proceed in the name of the other plaintiff in error." *Center* v. *Fickett Paper Co.*, 117 *Ga.* 222 (2) (43 S. E. 498); *Wall* v. *Mann*, supra.

Writ of error dismissed. Luke and Bloodworth, JJ., concur.

DECIDED JULY 31, 1928.

J. A. Beazley, for plaintiffs in error.
M. L. Felts, solicitor-general, contra.

## 19040. SEAGLER BROTHERS v. STEPHENS.

BLOODWORTH, J. The judge did not err in any of his rulings as to the admission or exclusion of evidence, and properly directed a verdict for the plaintiff. Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED JULY 31, 1928.

Homer Beeland, for plaintiffs in error. G. W. Garrett, contra.